# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN S. CURRY,<br>   Plaintiff, | )<br>)<br>) |
| v. | )  No. 1:05-CV-00050-SHR |
| | ) |
| JANTEK INDUSTRIES, L.L.C., and<br>KEITH J. KAILIAN,<br>   Defendants | )<br>)   (Judge Rambo)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Kathleen S. Curry, by counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulates to the dismissal of this case without prejudice.


Dated:  March 29, 2005          Respectfully submitted,

MILLER, POOLE & LORD, LLP     JOHANSON BERENSON, LLP


/s/  Andrew J. Miller          /s/   Douglas A. Rubel
Andrew J. Miller             Douglas A. Rubel
Pa. Bar No. 84012            [Pro Hac Vice]
139 East Philadelphia Street        201 Shannon Oaks Circle
York, Pennsylvania 17403         Cary, North Carolina 27511
(717) 845-1524             (919) 654-4544
(717) 854-6999 (Fax)          (919) 654-4545 (Fax)
amiller@mpl-law.com (Email)      dar@johansonberenson.com (Email)